# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GGNSC CLARION LP D/B/A "GOLDEN LIVING CENTER - CLARION", GGNSC WARREN KINZUA VALLEY LP D/B/A "GOLDEN LIVING CENTER - KINZUA", GGNSC WILKES-BARRE II LP D/B/A "GOLDEN LIVING CENTER - SUMMIT", HARMARVILLAGE CARE CENTER LLC D/B/A HARMARVILLAGE CARE CENTER, PROVIDENCE CARE CENTER LLC D/B/A PROVIDENCE CARE CENTER, MULBERRY SQUARE ELDER CARE & REHABILITATION, LLC, GUARDIAN ELDER CARE AT CARLISLE, LLC, GUARDIAN ELDER CARE AT MOUNTAIN TOP I, LLC & REHABILITATION CENTER, GUARDIAN ELDER CARE AT NANTICOKE LLC, JEFFERSON HILLS MANOR LLC, BROOKLINE AT MIFFLINTOWN, INC., RELIANT AUDUBON HOLDINGS LLC, RELIANT EVERGREEN HOLDINGS LLC, RELIANT PALMYRA HOLDINGS LLC, RELIANT SILVER OAKS HOLDINGS LLC, RELIANT KADE HOLDINGS LLC, RELIANT COVENTRY HOLDINGS LLC, RELIANT OVERLOOK HOLDINGS LLC, RELIANT BRIARCLIFF HOLDINGS LLC, PENNSYLVANIA HEALTH CARE ASSOCIATION

v.

KATHLEEN G. KANE, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, AND COHEN MILSTEIN SELLERS & TOLL PLLC

: No. 6 MAP 2016
:
: Appeal from the Commonwealth Court
: order entered 1/11/2016 at No. 165 MD
: 2015, which sustained the preliminary
: objections of Kathleen Kane and Cohen
: Milstein Sellers & Toll PLLC and
: dismissed the petition for review
: seeking declaratory relief.

APPEAL OF:  GGNSC CLARION LP D/B/A "GOLDEN LIVING CENTER - CLARION", GGNSC WARREN KINZUA VALLEY LP D/B/A "GOLDEN LIVING CENTER - KINZUA", GGNSC WILKES-BARRE II LP D/B/A "GOLDEN LIVING CENTER - SUMMIT", HARMARVILLAGE CARE CENTER LLC D/B/A HARMARVILLAGE CARE CENTER, PROVIDENCE CARE CENTER LLC D/B/A PROVIDENCE CARE CENTER, MULBERRY SQUARE ELDER CARE & REHABILITATION, LLC, GUARDIAN ELDER CARE AT CARLISLE, LLC, GUARDIAN ELDER CARE AT MOUNTAIN TOP I, LLC & REHABILITATION CENTER, GUARDIAN ELDER CARE AT NANTICOKE LLC, JEFFERSON HILLS MANOR LLC, BROOKLINE AT MIFFLINTOWN, INC.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

GGNSC CLARION LP D/B/A "GOLDEN LIVING CENTER - CLARION", GGNSC WARREN KINZUA VALLEY LP D/B/A "GOLDEN LIVING CENTER - KINZUA", GGNSC WILKES-BARRE II LP D/B/A "GOLDEN LIVING CENTER - SUMMIT", HARMARVILLAGE CARE CENTER LLC D/B/A HARMARVILLAGE CARE CENTER, PROVIDENCE CARE CENTER LLC D/B/A PROVIDENCE CARE CENTER, MULBERRY SQUARE ELDER CARE & REHABILITATION, LLC, GUARDIAN ELDER CARE AT CARLISLE, LLC,  GUARDIAN ELDER CARE AT MOUNTAIN TOP I, LLC & REHABILITATION CENTER, GUARDIAN ELDER CARE AT NANTICOKE LLC, JEFFERSON HILLS MANOR LLC, BROOKLINE AT MIFFLINTOWN, INC., RELIANT AUDUBON HOLDINGS LLC, RELIANT EVERGREEN HOLDINGS LLC, RELIANT PALMYRA HOLDINGS LLC, RELIANT SILVER OAKS HOLDINGS LLC, RELIANT KADE HOLDINGS LLC, RELIANT COVENTRY HOLDINGS LLC,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 7 MAP 2016

Appeal from the Commonwealth Court order entered 1/11/2016 at No. 165 MD 2015, which sustained the preliminary objections of Kathleen Kane and Cohen Milstein Sellers & Toll PLLC and dismissed the petition for review seeking declaratory relief.

RELIANT OVERLOOK HOLDINGS LLC,  :
RELIANT BRIARCLIFF HOLDINGS LLC,  :
PENNSYLVANIA HEALTH CARE  :
ASSOCIATION  :
   :
   :
   :
   :
   :
v.  :
   :
   :
   :
KATHLEEN G. KANE, IN HER OFFICIAL  :
CAPACITY AS ATTORNEY GENERAL  :
OF THE COMMONWEALTH OF  :
PENNSYLVANIA, AND COHEN  :
MILSTEIN SELLERS & TOLL PLLC  :
   :
   :
   :
APPEAL OF:  PENNSYLVANIA HEALTH  :
CARE ASSOCIATION  :

## ORDER

**PER CURIAM**                                    **DECIDED:  December 28, 2016**

    **AND NOW**, this 28th day of December, 2016, the Order of the Commonwealth

Court is AFFIRMED.